476 A.2d 104

Commonwealth v. Mastrippolito, Appellant.
Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted February 16, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.